No. 00–792.  ELKINS *v.* PHARMACY CORPORATION OF AMERICA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–802.  BRYAN *v.* CITY OF MADISON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–811.  ALLEGHENY COUNTY ET AL. *v.* BERG ET AL. C. A. 3d Cir.  Certiorari denied.

No. 00–820.  WYVILL ET AL. *v.* UNITED COMPANIES LIFE IN-SURANCE CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–844.  GIBBS ET AL. *v.* NORTON, SECRETARY OF THE IN-TERIOR, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–846.  JOHNSON *v.* TELE-CASH, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–850.  NEAL, PERSONAL REPRESENTATIVE OF THE ES-TATE OF NEAL, DECEASED, ET AL. *v.* ST. LOUIS COUNTY BOARD OF POLICE COMMISSIONERS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00–852.  PATCH ET AL. *v.* CONNECTICUT VALLEY ELECTRIC CO. ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 00–856.  BEGALA ET AL. *v.* PNC BANK, OHIO, NATIONAL ASSN.  C. A. 6th Cir.  Certiorari denied.

No. 00–861.  CLINGER *v.* NEW MEXICO HIGHLANDS UNIVER-SITY BOARD OF REGENTS ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–863.  DAY *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 00–868.  TWEEDY *v.* OKLAHOMA BAR ASSN.  Sup. Ct. Okla. Certiorari denied.

No. 00–872.  CITY OF NEW YORK *v.* MOONEY.  C. A. 2d Cir. Certiorari denied.